# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENISE RICHOUX** | **CIVIL ACTION NO. 12-1020** |
| **VERSUS** | **SECTION "C"** |
| | **JUDGE BERRIGAN** |
| **GRAND ISLE SHIPYARD, INC.** | |
| | **MAG. DIV. (5)** |
| | **MAGISTRATE JUDGE CHASEZ** |

## DEFENDANT'S MOTION TO STRIKE AFFIDAVIT

NOW INTO COURT, through undersigned counsel, comes Defendant, Grand Isle Shipyard, Inc. ("Defendant"), who without waiving any other motions, arguments and/or defenses to this action, moves this Honorable Court to strike, in whole or part, the affidavit of Denise Richoux, submitted in opposition to Defendant's Motion for Summary Judgment. Defendant submits the aforementioned affidavit is not admissible on the grounds that: (i) the affidavit is not consistent with requisite form and procedural requirements; (ii) the averments in in the affidavit are not based on personal knowledge, and/or (ii) the averments contradict prior deposition testimony. Defendant further submits that the affidavit of Denise Richoux is not properly executed as it contains material handwritten edits and is not admissible as summary judgment evidence. Accordingly, Defendant submits this Motion to Strike Affidavit in this proceeding.

WHEREFORE, Defendant, Grand Isle Shipyard, Inc., respectfully requests that this motion be granted, that the affidavit of Denise Richoux be stricken, in whole or part, and that this Court award Defendant any other relief as this Court deems appropriate.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:       */s/ Alex Glaser*
          DAVID KORN (Bar #21676)
          ALEX GLASER (Bar #33151)
          Canal Place | 365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130-6534
          Telephone: 504-566-1311
          Telecopier: 504-568-9130
          Email: kornd@phelps.com
                 glasera@phelps.com

**ATTORNEYS FOR DEFENDANT, GRAND ISLE SHIPYARD, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                    */s/ Alex Glaser*